**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 4:04cr4WSu-003 |
| | ) | |
| CRYSTAL TOLBIRD | ) | |

## ORDER TO TERMINATE SUPERVISED RELEASE

The Court has been advised that this defendant has successfully completed and satisfied all requirements of the U.S. District Court Reentry Program and thus, was awarded a 20% reduction in her supervised release. Furthermore, this defendant is currently in compliance with all terms and conditions of her supervised release.

After applying the 20% reduction in her supervised release time and, in consideration of the thirty successful months which the defendant has already served on supervised release, it is the order of this Court that the defendant's term of supervised release shall be terminated immediately.

SO DATED, this the 6th day of April, 2009.

s/ HENRY T. WINGATE

UNITED STATES DISTRICT JUDGE